UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN LAPIERRE,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>ADVANCED MEDICAL SPA, INC., et al.,<br><br>　　　　　Appellees. | No. 2:16-mc-0100 MCE CKD PS<br><br><br>ORDER |

The Bankruptcy Appellate Panel transferred appellant's in forma pauperis motion to this court for the limited purpose of ruling on appellant's motion. Plaintiff has submitted an affidavit showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that appellant's motion to proceed in forma pauperis (ECF No. 2) is granted.

Dated:  June 15, 2016

　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 lapierre0100.ifp.bk

1